AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*February 14, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jinyi ZHENG | ) | Case No: M-25-0310-M. |
| YOB: 2006 | ) | |
| People's Republic of China | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 12, 2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA D. Walker

/s/ Salome Mancias
*Complainant's signature*

Salome Mancias, Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: February 14, 2025 at 2:40 pm

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

On February 14, 2025, Homeland Security Investigation (HSI), McAllen, Texas, received a request for assistance from United States Border Patrol (USBP) regarding the possession of child pornography in a cellphone belonging Chinese National Jinyi ZHENG .

On February 12, 2025, ZHENG was apprehended by USBP near Hidalgo, Texas, attempting to enter the United States illegally from the United Mexican States and was in possession of her Apple iPhone 14. ZHENG granted written consent, on a preprinted form, in the Chinese language, to search her Apple iPhone 14.  A forensic extraction was conducted of the iPhone 14 and during the examination of the "videos" folder by HSI Special Agents (SA), approximately six (6) videos were discovered that met the federal definition of child pornography.

One of the videos discovered, approximately 2 minutes and 23 seconds in length, was of a prepubescent minor female being penetrated by an adult male. In the video, the minor female is attempting to cover her face, and she is crying.

ZHENG's cellphone, an Apple iPhone 14, manufactured in China, was used by ZHENG to facilitate the transportation of child pornography in violation of Title 18, United States Code 2252 from Mexico into the United States.